Submitted on petition for review August 19, petition for review allowed, decision of Court of Appeals reversed and case remanded to circuit court for further proceedings October 22, 1992

MARK JAMES WILSON,
*Petitioner on Review,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent on Review.*

(CC 91-C-10468; CA A73584; SC S39505)

838 P2d 605

David B. Kuhns, Salem, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the circuit court for further proceedings. *See Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992) (holding that the 1989 amendment to ORS 138.510(2) does not apply to persons whose convictions became final before August 5, 1989).